

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA** FILED

AUG 0 2 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| DAREE NEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. |
| (1) BOARD OF COUNTY COMMISSIONERS | ) | |
| FOR TULSA COUNTY, | ) | **19 CV  425 CVE - JFJ** |
| (2) TULSA JUVENILE BUREAU; | ) | |
| (3) TULSA COUNTY, | ) | |
| (4) JUSTIN JONES, in his official capacity as | ) | |
| Director of the Tulsa Juvenile Bureau; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant Board of County Commissioners for the County of Tulsa ("BOCC"), by and

through their undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby

notifies this Court it is removing the above-captioned action currently pending in the District

Court of Tulsa County, Oklahoma to the United States District Court for the Northern District of

Oklahoma. In support of this Notice of Removal, BOCC states as follows:

1.      Plaintiff filed her Petition in the District Court for Tulsa County, Oklahoma, on

July 8, 2019 (the "State Court Lawsuit"). Defendants BOCC, the Tulsa Juvenile Bureau, and

Tulsa County received service of Plaintiff's Petition on about July 17, 2019. Defendant Justin

Jones received service of Plaintiff's Petition on July 25, 2019. Thus, this Notice of Removal is

filed with this Court within thirty (30) days of the receipt of Plaintiff's' Complaint (or Petition)

as required by 28 U.S.C. § 1446(b).

2.      BOCC intends to file a Status Report of Removed Action within five (5) days of

filing this Notice of Removal. It is currently expected that, within seven (7) days of filing this



Notice of Removal, Defendants will be filing a motion requesting an additional twenty (20) days to file an answer or other responsive pleading. Pursuant to LCvR 81.2, clear and legible copies of all documents filed or served in the case are attached as follows: Plaintiff's Petition as **Exhibit 1**; a copy of the summons served upon Defendant BOCC as **Exhibit 2**; a copy of the summons served upon Defendant Tulsa Juvenile Bureau as **Exhibit 3**; a copy of the summons served upon Defendant Tulsa County as **Exhibit 4**; a copy of the summons served upon Defendant Justin Jones as **Exhibit 5**; and a copy of the Docket Sheet as **Exhibit 6**.

3.      Regarding Plaintiff's "First Claim" and "Second Claim," the basis for removal to federal court is federal question jurisdiction pursuant to 28 U.S.C. § 1331.

4.      Regarding Plaintiff's "Third Claim," the basis for removal to federal court is supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

5.      In accordance with 28 U.S.C. § 1446(d), BOCC is promptly filing a copy of this Notice of Removal with the Clerk of the District Court for Tulsa County, Oklahoma.

6.      In accordance with 28 U.S.C. § 1446(d), BOCC is also giving written notice to Plaintiff by promptly serving this Notice of Removal upon Plaintiff's counsel.

7.      As required by 28 U.S.C. § 1441, BOCC seeks to remove this case to the United States District Court for the Northern District of Oklahoma, which is the District Court embracing the place where the State Court Lawsuit has been filed.

BASIS FOR REMOVAL

8.      Plaintiff's Petition makes claims under Title VII of the Civil Rights Act of 1964, as amended in 42 U.S.C. § 2000-2. *See* Plaintiff's Petition, **Exhibit 1** at p.2, ¶ 6.  Accordingly, Plaintiff has invoked this Court's original jurisdiction on "a claim or right arising under the Constitution, treaties or laws of the United States." 28 U.S.C. §§ 1331 and 1441.

2

10.     Venue lies in this Court because Plaintiff's action is pending in this district and division.  See 28 U.S.C. § 1441(a).

11.     All Defendants who have been properly joined and served join in or consent to the removal of this case to Federal Court.

WHEREFORE, BOCC respectfully requests that the above-captioned action now pending in the District Court of Tulsa County, Oklahoma, be removed to the District Court for the Northern District of Oklahoma, and that said District Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Dated this 2nd day of August, 2019.

Respectfully submitted,

/s/ James G. Rea
James G. Rea, OBA # 30801
Nicholas C. Williams, OBA # 33787
Tulsa County District Attorney's Office
500 S. Denver Ave., Suite 800
Tulsa, OK 74103
jrea@tulsacounty.org
nwilliams@tulsacounty.org
(918) 596-4656
ATTORNEYS FOR DEFENDANTS, BOARD OF
COUNTY COMMISSIONERS FOR THE COUNTY OF
TULSA, OKLAHOMA, TULSA JUVENILE BUREAU, AND
JUSTIN JONES.

## CERTIFICATE OF MAILING

I hereby certify that on this 2nd day of August, 2019, I caused a true and correct copy of this document to be placed in the United States mail, first class postage fully pre-paid, addressed to:

Daniel E. Smolen
Lauren G. Lambright
Smolen & Roytman
701 S. Cincinnati Ave
Tulsa, OK  74119

/s/ James G. Rea
James G. Rea

```
*1044303964*
```

**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
F I L E D

JUL - 8 2019

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

DAREE NEW,                                    )
                                              )
        Plaintiff,                            )
                                              )    Case No.
vs.                                           )
                                              )    **CJ-2019-02706**
(1) BOARD OF COUNTY COMMISSIONERS             )    Attorney Lien Claimed
FOR TULSA COUNTY;                             )
(2) TULSA JUVENILE BUREAU;                    )
(3) TULSA COUNTY; and,                        )    Jury Trial Demanded
(4) JUSTIN JONES, in his official capacity as )
Director of the Tulsa Juvenile Bureau;        )
                                              )    DOUG DRUMMOND
        Defendants.                           )

## PETITION

COMES NOW the Plaintiff, Daree New, by and through her attorneys of record, Daniel E.

Smolen and Lauren G. Lambright, of SMOLEN & ROYTMAN, and brings this action against

Defendants for violations of her constitutionally protected rights arising out of her employment by

said Defendants.

## PARTIES, JURISDICTION AND VENUE

1.      Plaintiff Daree New (hereinafter "Plaintiff") is a citizen of the United States of America

and a resident of the State of Oklahoma.

2.      Defendant, BOCC, is a state governmental entity with its principle place of business

located in the State of Oklahoma and regularly employs more than fifteen (15) people.

3.      Defendant, Tulsa Juvenile Bureau, is a state governmental entity created by Chapter 4 of

the Oklahoma Juvenile Code (*see* Okla. Stat. tit. 10A, § 2-4-101) with its principle place of

business located in the State of Oklahoma, and regularly employs more than fifteen (15) people.

DON NEWBERRY COURT CLERK
2019 JUL -8 P 4: 34

Exhibit 1

4.      Defendant, Tulsa County, is a state governmental entity with its principle place of business located in the State of Oklahoma and regularly employs more than fifteen (15) people.

5.      Defendant Justin Jones is the director of the Tulsa Juvenile Bureau, a state governmental entity with its principle place of business located in the State of Oklahoma that regularly employs more than fifteen (15) people.

6.      This is an action for damages and to secure protection of and to redress deprivation of rights secured by Title VII of the Civil Rights act of 1964, as amended 42 U.S.C §2000-2 hereinafter ("Title VII"), providing for relief against discrimination and sexual harassment in employment, retaliation and wrongful termination.

7.      Plaintiff filed a charge of discrimination against the Defendants with the Equal Employment Opportunity Commission ("EEOC") complaining of sexual harassment, gender discrimination, retaliation and termination due to her complaints about the sexual harassment as well as her gender. A Notice of Right to Sue was received by the Plaintiff and this Petition has been filed within ninety days (90) of the receipt of the Notice of Right to Sue. As such, the Plaintiff has complied fully with all exhaustion prerequisites required under Title VII.

8.      Jurisdiction of the Court is proper under 25 O.S. 1301 et seq and § 706(f)(3) of Title VII, 42 U.S.C. §2000e-5(f)(3). In addition, jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. §1343 (Civil Rights), and 28 U.S.C. § 1337 (Acts of Congress regulating commerce).

9.      Compensatory damages are sought pursuant to 42 U.S.C. § 2000e-5(g).

10.     Costs and attorney's fees may be awarded pursuant to 42 U.S.C. § 2000e 5(g).

11.     Punitive damages are sought pursuant to 42 U.S.C. § 2000e-5(g).

2

12.     This action lies properly in Tulsa County because the Defendants conduct regular business in Tulsa County.

## FACTS COMMON TO ALL CLAIMS

13.     Plaintiff incorporates as if realleged Paragraphs 1-12.

14.     Plaintiff is a female.

15.     Plaintiff began her employment with Defendants on or about June 8, 2013 as a probation counselor.

16.     During 2016, Plaintiff was interviewed as part of an internal investigation by Defendants into allegations of a sexually hostile work environment.

17.     Plaintiff told the investigator, Clark Burbank, that she had witnessed Josh Hogan, another employee, having inappropriate sexual relations with a subordinate employee.

18.     During the internal investigation done by Clark Burbank, Josh Hogan and other employees were given Plaintiff's name as the individual who originally reported the sexually hostile work environment, and were allowed to read the transcript of Plaintiff's experience.

19.     Plaintiff started receiving backlash and retaliation from Josh Hogan and others in the office after she was outed as one of the witnesses.

20.     Immediately after the investigation, Plaintiff was given a 45-day write up by Richard Harris, the Probation Supervisor, for allegedly transporting a juvenile from the Juvenile Center to the North Pointe offices. At the time, Harris stated to Plaintiff that he did not like that she was being written up for this as he knew other employees were doing the same without being disciplined.

21.     This is the first time Plaintiff had ever received any type of discipline during her employment.

3

22.     After the investigation was over, instead of being terminated or demoted, Josh Hogan was promoted to Probation Supervisor.

23.     Prior to Josh Hogan becoming her supervisor, she had only received outstanding performance reviews.

24.     After Josh Hogan took the Probation Supervisor position, Plaintiff was retaliated against and started being reprimanded for actions for which others in the same position were not.

25.     Plaintiff was also ignored in the office, not included in office events, and shunned by Hogan, Benjamin, and Shonn Harold. Plaintiff noticed that Hogan, Benjamin and Harold all began calling her Ms. New when they had always previously called her Daree.

26.     Josh Hogan went out of his way to find ways to discipline Plaintiff, even soliciting information from other employees and digging through old files.

27.     For example, Josh Hogan and Seneca Benjamin once stated that Plaintiff had misrepresented information to an attorney in court. Hogan even threatened to charge Plaintiff with a felony for giving false information.

28.     However, through her communications via email and text with that attorney, Plaintiff was able to show that she had not misrepresented information to an attorney and was not responsible for the attorney missing court.

29.     Later, Plaintiff was told by Benjamin that she had to wait for his approval or another supervisor before she could leave the office on flex time. However, this was not a requirement of Ryan Boyles or other employees.  Boyles and others could simply text Benjamin that they were using flex time, how much they were using, and after signing out, leave the office. Plaintiff, on the other hand, had to contact a supervisor, and if he responded, go through a long conversation to get

4

approval. This disparate treatment resulted in Plaintiff not getting approval to take earned flex time on multiple occasions.

30. On the morning of November 29, 2016, Hogan gave Plaintiff a letter dated October 28th, 2016 and signed by Hogan on October 29th, 2016. In a meeting with Hogan and Benjamin, Plaintiff was told that the letter was not up for discussion but it was to let her know that on December 1, 2016 (two days later) she needed to be in Shonn Harrold's office and be prepared to discuss working with Zoo officials and a trip to the Tulsa Zoo on Saturday October 1st, 2016.

31. Plaintiff was confused, as she had already discussed the October 1 trip to the Tulsa Zoo with Hogan and others on October 11th, 2016, and was told by Hogan that her actions were acceptable.

32. Nevertheless, during the meeting which occurred the next day, Plaintiff was disciplined for her actions at the zoo that were previously deemed acceptable.

33. Plaintiff was wrongfully terminated on December 2, 2016 in retaliation for participating in an investigation about a sexually hostile work environment and for reporting the events that she believed created a sexually hostile work environment.

34. Plaintiff suffered severe emotional pain and suffering from the hostile work environment and retaliatory behavior she suffered as a result of her complaints.

35. The Plaintiff believes she was treated disparately and terminated from employment based on her gender and in retaliation for her complaints about the discrimination and sexually hostile work environment.

## FIRST CLAIM FOR RELIEF:
## RETALIATION IN VIOLATION OF TITLE VII

36. Plaintiff incorporates as if realleged Paragraphs 1-35.

5

37.     By terminating the Plaintiff's employment because she engaged in protected opposition to

discrimination and sexual harassment, Defendants have violated Title VII of the Civil Rights Act

of 1964.

WHEREFORE, Plaintiff prays for judgment against the Defendants for:

> a. Back pay and lost benefits; front pay until normal retirement
> b. Compensatory damages for her mental anguish, pain and suffering and
> other non-pecuniary losses;
> c. Punitive damages for the intentional and knowing acts of discrimination
> committed by the Defendants' management and executives;
> d. Her attorney fees and the costs and expenses of this action;
> e. Such other relief as the Court deems just and equitable.

## SECOND CLAIM FOR RELIEF:
## GENDER DISCRIMINATION IN VIOLATION OF TITLE VII

38.     Plaintiff incorporates as if realleged Paragraphs 1-37.

39.     By treating the Plaintiff differently than her male coworkers with respect to retaliation,

discipline, and working conditions, and then firing her, the Defendants have violated Title VII of

the Civil Rights Act of 1964.

WHEREFORE, Plaintiff prays for judgment against the Defendants for:

> a. Back pay and lost benefits; front pay until normal retirement
> b. Compensatory damages for her mental anguish, pain and suffering and
> other non-pecuniary losses;
> c. Punitive damages for the intentional and knowing acts of discrimination
> committed by the Defendants' management and executives;
> d. Her attorney fees and the costs and expenses of this action;
> e. Such other relief as the Court deems just and equitable.

## THIRD CLAIM FOR RELIEF
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

40.     Plaintiff incorporates as if realleged Paragraphs 1-39.

6

41.   The Defendants' actions of intentional and malicious discrimination and retaliation are extreme and outrageous and have caused severe emotional and psychological damage to the Plaintiff.

WHEREFORE, Plaintiff prays for judgment against the Defendants for:

a. Back pay and lost benefits; front pay until normal retirement
b. Compensatory damages for her mental anguish, pain and suffering and other non-pecuniary losses;
c. Punitive damages for the intentional and knowing acts of discrimination committed by the Defendants' management and executives;
d. Her attorney fees and the costs and expenses of this action;
e. Such other relief as the Court deems just and equitable.

## PRAYER FOR RELIEF

WHEREFORE, based on the foregoing, Plaintiff prays that this Court grant her the relief sought including, but not limited to, actual damages in excess of Seventy-Five Thousand Dollars ($75,000), with interest accruing from date of filing of suit, punitive damages in excess of Seventy-Five Thousand Dollars ($75,000), back pay and lost benefits, compensatory damages for mental anguish, pain and suffering and other non-pecuniary loss, equitable relief including reinstatement if feasible, liquidated damages, reasonable attorney's fees, injunctive relief, and all other relief deemed appropriate by this Court.

Respectfully submitted,

SMOLEN & ROYTMAN

Daniel E. Smolen, OBA# 19943
Lauren G Lambright, OBA# 22300
701 South Cincinnati Avenue
Tulsa, OK 74119
P: (918) 585-2667
F: (918) 585-2669
*Attorneys for Plaintiff*

8



## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

DAREE NEW,                                      )
                                                )
     Plaintiff,          )        **CJ-2019-02706**
                                                )
vs.                                             )
                                                )        Attorney Lien Claimed
(1) BOARD OF COUNTY COMMISSIONERS               )
FOR TULSA COUNTY;                               )
(2) TULSA JUVENILE BUREAU;                      )
(3) TULSA COUNTY; and,                          )        Jury Trial Demanded
(4) JUSTIN JONES, in his official capacity as   )
Director of the Tulsa Juvenile Bureau;          )
                                                )
     Defendants.         )        **DOUG DRUMMOND**

### ORIGINAL SUMMONS

**SERVE  BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

DISTRICT COURT
**F I L E D**

Board of County Commissioners for Tulsa County
c/o Tulsa County Clerk
Ray Jordan Administration Building
500 South Denver
Tulsa, Oklahoma 74103-3832

JUL 1 7 2019

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

To the above-named Defendant(s)

     You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.  Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

     Issued this ___8___ day of ___7___, 2019

DON NEWBERRY, Court Clerk
County Court Clerk

By _____
Deputy Court Clerk

(Seal)

This summons and order was served on

_____
(Signature of person serving summons)

     YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE

Exhibit 2

TIME LIMIT STATED IN THIS SUMMONS.

Return ORIGINAL for filing.

PERSONAL SERVICE

**CJ-2019-02700**

I certify that I received the foregoing Summons the _____ day of_____, 2019, and that I delivered a copy of said Summons with a copy of the Petition to the following named defendant personally in _____ County, _____ at the address and on the date set forth opposite each name, to-wit:

Name of Defendant                Address                    Date of Service

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 2019, and that on _____, I served _____ by leaving a copy of said summons with a copy of the attached Petition at _____

place of ab... ...is fifteen (15)...

Received f...
persons of t...

Fee for serv...
Total $____
Dated this...

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Board of County Commissioners for
Tulsa County
c/o Tulsa County Clerk
Ray Jordan Administration Building
500 South Denver
Tulsa, Oklahoma 74103-3832

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4520 8278 3838 82

2. Article Number *(Transfer from service label)*
7017 2620 0000 1053 2769

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                    ☐ Addressee
B. Received by *(Printed Name)*  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type                        ☐ Priority Mail Express®
☐ Adult Signature                      ☐ Registered Mail™
☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery
☐ Certified Mail®                       ☐ Return Receipt for Merchandise
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery                  ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail                         
☐ ... Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

I, _____
Summons a...
affidavit so ___

Sheriff of _____ County,

Subscribed to and sworn to before me this _____ day of_____, 2019.
My Commission Expires: _____
        Seal                          Notary Public

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the _12_ day of _Jul___, 2019, and receipt thereof on the dates shown:

Defendant          Address Where Served          Date Receipted  7/15/19
_BOCC_             _500 SDenver_
                   _Tulsa OK_

                              _____
                              Signature of person mailing summons

**IN TH⸱ ⸱ISTRICT COURT OF TULSA CO⸱ ⸱TY
STATE OF OKLAHOMA**

DAREE NEW,                              )
                                        )
        Plaintiff,                      )
                                        )
vs.                                     )
                                        )
(1) BOARD OF COUNTY COMMISSIONERS       )
FOR TULSA COUNTY;                       )
(2) TULSA JUVENILE BUREAU;              )
(3) TULSA COUNTY; and,                  )
(4) JUSTIN JONES, in his official capacity as )
Director of the Tulsa Juvenile Bureau;  )
                                        )
        Defendants.                     )

CJ-2019-02706

2706

Attorney Lien Claimed

Jury Trial Demanded

**DOUG DRUMMOND**

*1 0 4 4 4 7 5 1 6 8*

## ORIGINAL SUMMONS

**SERVE  BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Tulsa Juvenile Bureau
c/o Tulsa County Clerk
Ray Jordan Administration Building
500 South Denver
Tulsa, Oklahoma 74103-3832

DISTRICT COURT
**F I L E D**

JUL 1 7 2019

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

To the above-named Defendant(s)

        You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.  Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

        Issued this ___8___ day of ___7_____, 2019

**DON NEWBERRY, Court Clerk**

County Court Clerk

        By _____
           Deputy Court Clerk

(Seal)

This summons and order was served on

_____
(Signature of person serving summons)

        YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE

Exhibit 3

TIME LIMIT STATED IN       IS SUMMONS.

Return ORIGINAL for filing. **CJ-2019-02700**

## PERSONAL SERVICE

I certify that I received the foregoing Summons the _____ day of_____, 2019, and that I delivered a copy of said Summons with a copy of the Petition to the following named defendant personally in _____ County, _____ at the address and on the date set forth opposite each name, to-wit:

Name of Defendant                    Address                    Date of Service

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 2019, and that on _____, I served _____ by leaving a copy of said summons with a copy of the attached Petition at _____, which is his/her dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

Received this

persons of the

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Fee for service

Total $

Dated this ___

1. Article Addressed to:

   Tulsa Juvenile Bureau
   c/o Tulsa County Clerk
   Ray Jordan Administration Building
   500 South Denver
   Tulsa, Oklahoma 74103-3832

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   Tulsa County     ☐ Agent
   Mail Room         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

I, _____

Summons and

affidavit so he

9590 9402 4520 8278 3838 51

2. Article Number (Transfer from service label)

7017 2620 0000 1053 2790

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Subscribed to

My Commission Expires.

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Seal                    Notary Public

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the _12th_ day of _July_, 2019, and receipt thereof on the dates shown:

Defendant          Address Where Served          Date Receipted   7/15/19

TJB                500 S Denver

_____
Signature of person mailing summons

## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

DAREE NEW, )
  )
    Plaintiff, )
  )   **CJ-2019-02700**
  )
vs. )   Case No.
  )
  )   Attorney Lien Claimed
(1) BOARD OF COUNTY COMMISSIONERS )
FOR TULSA COUNTY; )
(2) TULSA JUVENILE BUREAU; )
(3) TULSA COUNTY; and, )   Jury Trial Demanded
(4) JUSTIN JONES, in his official capacity as )
Director of the Tulsa Juvenile Bureau; )
  )   **DOUG DRUMMOND**
    Defendants. )

## ORIGINAL SUMMONS

**SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Tulsa County
c/o Tulsa County Clerk
Ray Jordan Administration Building
500 South Denver
Tulsa, Oklahoma 74103-3832

**DISTRICT COURT**
**F I L E D**

JUL 17 2019

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

To the above-named Defendant(s)

    You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

    Issued this   **8**   day of    **7**   , 2019

**DON NEWBERRY, Court Clerk**
County Court Clerk

By              
    Deputy Court Clerk

(Seal)

This summons and order was served on

                                 
(Signature of person serving summons)

    YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE

Exhibit 4

TIME LIMIT STATED IN THIS SUMMONS.

Return ORIGINAL for filing **CJ-2019-02700**

## PERSONAL SERVICE

I certify that I received the foregoing Summons the _____ day of _____, 2019, and that I delivered a copy of said Summons with a copy of the Petition to the following named defendant personally in _____ County, _____ at the address and on the date set forth opposite each name, to-wit:

Name of Defendant             Address                Date of Service

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 2019, and that on _____, I served _____ by leaving a copy of said summons with a copy of the attached Petition at _____, which is his/her dwelling house or usual

place of _____ who is

fifteen (

Receiv

persons

Fee for

Total $_

Dated

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent<br> ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Tulsa County<br>c/o Tulsa County Clerk<br>Ray Jordan Administration Building<br>500 South Denver<br>Tulsa, Oklahoma 74103-3832 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4520 8278 3838 68 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2620 0000 1053 2783 | ☐ Mail<br>☐ Mail Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

I, _____

Summor

affidavit

this

Subscribed to and sworn to before me this _____ day of_____, 2019.

My Commission Expires: _____

Seal                              Notary Public

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the _12_ day of _July_ 2019, and receipt thereof on the dates shown:

Defendant           Address Where Served      Date Receipted   7/15/19

Tulsa County        500 S Denver
                    Tulsa, OK

Signature of person mailing summons

**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

DAREE NEW,                                    )
                                              )
          Plaintiff,                          )
                                              )     CJ-2019-02700
vs.                                           )
                                              )     Attorney Lien Claimed
(1) BOARD OF COUNTY COMMISSIONERS             )
FOR TULSA COUNTY;                             )
(2) TULSA JUVENILE BUREAU;                    )
(3) TULSA COUNTY; and,                        )     Jury Trial Demanded
(4) JUSTIN JONES, in his official capacity as )
Director of the Tulsa Juvenile Bureau;        )
                                              )
          Defendants.                         )

DISTRICT COURT
F I L E D
JUL 2 5 2019
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

DOUG DRUMMOND

## ORIGINAL SUMMONS

**SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

>  Justin Jones
>  c/o Tulsa County Clerk
>  Ray Jordan Administration Building
>  500 South Denver
>  Tulsa, Oklahoma 74103-3832

To the above-named Defendant(s)

          You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

          Issued this   8   day of   7   , 2019

                                    County Court Clerk, DON NEWBERRY, Court Clerk

                              By    _____
                                    Deputy Court Clerk

(Seal)

This summons and order was served on

                                    _____
                                    (Signature of person serving summons)

          YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER
CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE
CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE

Exhibit 5

TIME LIMIT STATED IN THIS SUMMONS.

**Return ORIGINAL for filing.**

CJ-2019-02700

## PERSONAL SERVICE

I certify that I received the foregoing Summons on the _____ day of_____, 2019, and that I delivered a copy of said Summons with a copy of the Petition to the following named defendant personally in _____ County, _____ at the address and on the date set forth opposite each name, to-wit:

| Name of Defendant | Address | Date of Service |

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 2019, and that on _____, I served _____ by leaving a copy of said summons with a copy of the attached Petition at _____, which is his/her dwelling house or usual place of _____ who is fifteen (

Receiv...                                                                          ving
persons

Fee for ...
Total $___
Dated :

I, ____
Summo...                                                                           this
affidavit

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x _Tulsa County_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Mail Room_ |
| 1. Article Addressed to:<br>Justin Jones<br>c/o Tulsa County Clerk<br>Ray Jordan Administration Building<br>500 South Denver<br>Tulsa, Oklahoma 74103-3832 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4520 8278 3838 75 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2620 0000 1053 2776 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Subscribed to and sworn to before me this _____ day of_____, 2019.
My Commission Expires: _____
                 Seal                        Notary Public

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the __12th__ day of __July__, 2019, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| Justin Jones | 500 S Denver Tulsa OK | 7/15/19 |

Signature of person mailing summons



# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

DAREE NEW,
    Plaintiff,
  v.
TULSA COUNTY BOARD OF COMMISSIONERS,
    Defendant, and
TULSA JUVENILE BUREAU,
    Defendant, and
TULSA COUNTY,
    Defendant, and
JUSTIN JONES,
    Defendant.

**No. CJ-2019-2706**
**(Civil relief more than $10,000: WRONGFUL TERMINATION)**

Filed: 07/08/2019

Judge: Civil Docket B

## PARTIES

JONES,  JUSTIN, Defendant
NEW,  DAREE, Plaintiff
TULSA COUNTY, Defendant
TULSA COUNTY BOARD OF COMMISSIONERS, Defendant
TULSA JUVENILE BUREAU, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| SMOLEN,  DANIEL  E (Bar #19943)<br>SMOLEN, SMOLEN & ROYTMAN, PLLC<br>701 S. CINCINNATI AVE<br>TULSA, OK 74119 | NEW,   DAREE |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Exhibit 6

**Issue # 1.**      Issue: WRONGFUL TERMINATION (TERMINATE)
Filed By: NEW, DAREE
Filed Date: 07/08/2019

**Party Name**                                    **Disposition Information**

<u>Defendant:</u>
TULSA COUNTY BOARD OF COMMISSIONERS
<u>Defendant:</u> TULSA COUNTY
<u>Defendant:</u> TULSA JUVENILE BUREAU
<u>Defendant:</u> JONES, JUSTIN

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 07-08-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 07-08-2019 | TERMINATE | WRONGFUL TERMINATION | | | |
| 07-08-2019 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 07-08-2019 | PFE1 | PETITION<br>Document Available (#1044303964) 📄TIFF   📄PDF | | | $ 163.00 |
| 07-08-2019 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 07-08-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 07-08-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 07-08-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 07-08-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 07-08-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 07-08-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 07-08-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 07-08-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 07-08-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 07-08-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 07-08-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 07-08-2019 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 07-08-2019 | SMF | SUMMONS FEE (CLERKS FEE)-4 | | | $ 40.00 |
| 07-08-2019 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 07-08-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET B TO THIS CASE. | | | |
| 07-08-2019 | ACCOUNT | RECEIPT # 2019-3965315 ON 07/08/2019. PAYOR: SMOLEN, SMOLEN TOTAL AMOUNT PAID: $ 272.14. LINE ITEMS: CJ-2019-2706: $203.00 ON AC01 CLERK FEES. CJ-2019-2706: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2019-2706: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2019-2706: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2019-2706: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2019-2706: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2019-2706: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2019-2706: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2019-2706: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2019-2706: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2019-2706: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 07-17-2019 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. TULSA JUVENILE BUREAU / CERT MAIL / STAMPED TULSA CO MAIL RM Document Available (#1044475168) 📄TIFF 📄PDF | | TULSA JUVENILE BUREAU | |
| 07-17-2019 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. TULSA COUNTY / CERT MAIL / STAMPED TULSA CO MAIL RM Document Available (#1044475164) 📄TIFF 📄PDF | | TULSA COUNTY | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 07-17-2019 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. BOARD OF COUNTY COMMISSIONER / CERT MAIL/ STAMPED TULSA CO MAIL RM<br>Document Available (#1044475160) 🖹TIFF  📄PDF | | TULSA COUNTY BOARD OF COMMISSIONERS | |
| 07-25-2019 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. JUSTIN JONES SERVED / CERT MAIL / STAMPED / NO DEL DATE<br>Document Available (#1044476410) 🖹TIFF  📄PDF | | JONES, JUSTIN | |